IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TALLY ROWAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-124-slc

JENNIFER KNUTSON, River Falls Pd;
ROBERT FUNK, Prescott Pd;
TIMOTHY STEINMENZ;
LORI GARLICK;
KATHERN BLOOM, RVAH; KELLY FAYE;
DONNA CHRISTIANSEN, EMS Prescott;

    Defendants.

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____
Peter Oppeneer, Clerk of Court

_____4/23/10_____
Date